[No. 28974-1-II.   Division Two.   June 24, 2003.]

LISA C. NEAL, ET AL., *Appellants*, v. THE SEATTLE TIMES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-01437-6, Thomas J. Majhan, J., entered May 17, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28986-5-II.   Division Two.   June 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC ANTHONY MODICA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01760-8, Marywave Van Deren, J., entered May 23, 2003. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 29016-2-II.   Division Two.   June 24, 2003.]

RETIRED PUBLIC EMPLOYEES COUNCIL OF WASHINGTON, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-02283-1, Christine A. Pomeroy, J., entered January 17, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 29091-0-II.   Division Two.   June 24, 2003.]

*In the Matter of the Parentage of* S.
DOUGLAS S. TRIBBY, *Respondent*, v. SUSAN VAN VALKENBURGH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-5-01902-6, Frederick W. Fleming, J., entered June 28, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Bridgewater, J.